# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CIVIL ACTION NO. 1:14-CR-00237 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **REGINALD LYNN BARTON, JR.** | : | |

## ORDER

AND NOW, this 17th day of November, 2015, upon consideration of defendant's motion (Doc. 36) to suppress evidence in the above-captioned matter, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania